**SO ORDERED.**

Dated: July 13, 2010

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01154

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: <br><br> Dale Warren aka Dale Geffrey Warren and Jeanette Warren fka Jeanette L. Pinleley aka Jeanette Lu Anne Warren <br> Debtor <br><br> Wells Fargo Bank, N.A. <br><br> Movant, <br> vs. <br> Dale Warren aka Dale Geffrey Warren and Jeanette Warren fka Jeanette L. Pinleley aka Jeanette Lu Anne Warren, Debtor; Jill H. Ford, Trustee. <br><br> Respondents. | No. 2:09-bk-27956-CGC <br><br> Chapter 7 <br><br> ORDER FOR ABANDONMENT <br><br> (Related to Docket #34) |

On this day came on for consideration, Wells Fargo Bank, N.A., its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's …

interest in the following described real property is abandoned:

…

21450 N. 33rd Ln.
Phoenix AZ 85027

and legally described as:

LOT 20, FOOTHLLS NORTH UNIT 1, ACCORDING TO BOOK 388, OF MAPS, PAGE 47, RECORDS OF MARICOPA COUNTY, ARIZONA.